08-14-00030-CV

**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01708-CV

## IN RE THE ESTATE OF VERNON LEE DOWNING, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-02214-3**

## ORDER

Before Justices Lang-Miers, Lewis, and Brown

We **GRANT** appellant's December 18, 2013 motion for an extension of time to file her notice of appeal. The notice of appeal filed on December 18, 2013 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
        JUSTICE